Case 2:26-po-30009-DRG   ECF No. 1, PageID.1   Filed 06/08/26   Page 1 of 1

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MT50 | E 1443100 | RIFFywxyxM | 4906 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 2254  03/10/2026 | CFR 33 1. 218 (A) |

Place of Offense

BLUE PARKING STRUCTURE

Offense Description: Factual Basis for Charge    HAZMAT ☐

OPERATION OF A VEHICLE IN 4 RECKLESS OR UNSAFE MANNER, TO FAST FOR CONDITIONS,

### DEFENDANT INFORMATION    Phone: (313) 651-4012

| Last Name | First Name | M.I. |
|---|---|---|
| BYRD | MICHAL | D |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WARRMAL | MI | 48093 | 01/29/2005 |

Street Address: 11698 E 13 mile RD

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| B900003 15407 | | MI | 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 |

| | Sex | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| ☑ Adult ☐ Juvenile | ☑ Male ☐ Female | | BLO | 6'4" | |

### VEHICLE    VIN: 1C4RJFAGXFC 956824    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| EYY4026 | MI | 27 | JEEP Cherokee | | SILVER |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A. ☐ If Box A is checked, you must appear in court. See instructions. | B. ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 100    Forfeiture Amount

+ $30    Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 130    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    x Michael Byrd

Original - CVB Copy

*E1443100*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MARCH 11, 2026 while exercising my duties as a law enforcement officer in the EASTERN District of MICHIGAN:

ON 3/11/2026 AT APPROXIMATELY 0300 HOURS, I OFFICER RIFFymBuN CONDUCTED A VEHICLE PATROL LOOKING FOR A VEHICLE THAT WAS INVOLVED IN AN ACCIDENT ON MARCH 10, 2026. I APPROACHED A PARKED SILVER JEEP FITTING THE DESCRIPTION OF THE VEHICLE INVOLVED, OBSERVED PER CCTV, THE JEEP, MI PLATE # EYY422 WAS IDENTIFIED TO BE OWNED BY MICHAEL BYRD JUNIOR CONFIRMED VIA LEIN.

The foregoing statement is based upon:

☐ my personal observation    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/11/2026    _Officer's Signature_

Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident